# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Helene Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10154-DRH-PMF |
| *Katie Chor, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* [1] | No. 3:11-cv-12891-DRH-PMF |
| *Natasha Haley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* [2] | No. 3:11-cv-12892-DRH-PMF |
| *Brenda Hardin v. Bayer HealthCare Pharmaceuticals Inc., et al.* [3] | No. 3:09-cv-10024-DRH-PMF |
| *Evelyn Henderson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10142-DRH-PMF |
| *Natosha Gambill v. Bayer HealthCare Pharmaceuticals Inc., et al.* [4] | No. 3:10-cv-10143-DRH-PMF |
| *Paige Lemmons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10189-DRH-PMF |
| *Erica Leonard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10123-DRH-PMF |
| *Agnes Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10093-DRH-PMF |
| *Amy Rentz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13339-DRH-PMF |

---

[1] This stipulation applies only to plaintiffs Sarah Black, Lindsay Moran and Julie Ryckman.
[2] This stipulation applies only to plaintiff Janet Dammann.
[3] Plaintiff a/k/a Brenda Williams.
[4] Plaintiff a/k/a Natosha Lewis.

| | |
|---|---|
| *Karen Wimmer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10101-DRH-PMF |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF SETTLED ACTIONS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs in the above-captioned matters, against named defendants are dismissed in their entirety with prejudice.  Furthermore, this Stipulation of Dismissal dismisses all claims against all parties, including those parties who have not entered their appearance and/or signed the stipulation.  Each party to bear its own attorneys' fees and costs.

DATED:  August 16, 2013

*s/ Francis (Casey) J. Flynn (w/ consent)*
Francis (Casey) J. Flynn
Jeffrey J. Lowe
Andrew J. Cross
Carey Danis & Lowe
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
Telephone:  (314) 678-3400
Fax:  (314) 678-3401
casey@jefflowepc.com
jeff@jefflowepc.com
across@careydanis.com

*s/ Michael O'Malley (w/ consent)*
Michael O'Malley (IL Bar #3125757)
Carey Danis & Lowe
5111 West Main Street
Belleville, IL 62226
Telephone:  (618) 212-6300
Fax:  (618) 212-6307
momalley@careydanis.com

*Counsel for Plaintiffs*

*s/ Terry Lueckenhoff*
Terry Lueckenhoff (Bar # 27810MO)
John E. Galvin (IL Bar #6205935)
Fox Galvin, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
Telephone:  (314) 588-7000
Fax:  (314) 588-1965
tlueckenhoff@foxgalvin.com
jgalvin@foxgalvin.com

Adam L. Hoeflich (IL Bar # 6209163)
Brian S. Prestes (IL Bar # 6288528)
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone:  (312) 494-4400
Fax:  (312) 494-4440
adam.hoeflich@bartlit-beck.com
brian.prestes@bartlit-beck.com

Susan A. Weber (IL Bar # 6211895)
James W. Mizgala (IL Bar # 6271760)
Nathan A. Huey (IL Bar # 6280257)
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000
Fax:  (312) 853-7036
saweber@sidley.com
jmizgala@sidley.com
nhuey@sidley.com

*Counsel for Bayer Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Terry Lueckenhoff*